792 A.2d 1207

IN THE MATTER OF CHARLES H. MCAULIFFE, AN ATTORNEY AT LAW.

April 3, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–078 concluding that **CHARLES H. McAULIFFE** of **CHESTER,** who was admitted to the bar of this State in 1969, should be reprimanded for violating *RPC* 8.4(b) (criminal act that reflects adversely on respondent's trustworthiness or fitness as a lawyer), and good cause appearing;

It is ORDERED that **CHARLES H. McAULIFFE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.